ROBERT PRITSKER ET AL. *v.* STATELY
STAIRS COMPANY, INC.
(AC 34664)

Robinson, Bear and Sullivan, Js.

Argued December 4—officially released December 18, 2012

Per Curiam. The judgment is affirmed.

MARCELINO LASALLE, JR. *v.* COMMISSIONER
OF CORRECTION
(AC 33580)

Beach, Sheldon and Mihalakos, Js.

Argued December 3—officially released December 25, 2012

Per Curiam. The appeal is dismissed.

JANE BAILEY *v.* GREATER HARTFORD
COMMUNITY COLLEGE
(AC 33953)

Beach, Alvord and Bishop, Js.

Argued December 6—officially released December 25, 2012

Per Curiam. The decision of the workers' compensation review board is affirmed.